IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH POWELL,
        Petitioner,

v.                                      **Judgment in a Civil Case**

STATE OF NORTH CAROLINA,
        Respondent.                  Case Number: 5:22-HC-2086-FL

**Decision by Court.**

This action came before the Honorable United States District Judge Louise Wood Flanagan, for consideration after the issuance of an order of deficiency.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute and failure to respond to a court order.

This Judgment Filed and Entered on December 6, 2022, with service on:
Kenneth Powell #1148941     (via U.S. Mail)
Central Prison
1300 Western Blvd.
Raleigh, NC 27606

December 6, 2022                                       Peter A. Moore, Jr.
                                                      Clerk of Court

                                                     By: *Stephanie Mann*
                                                          Deputy Clerk